UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA J. ALLPHIN, ) <br> ) <br>         Plaintiff, ) <br>   v. ) <br> ) <br> PETER K. FITNESS, LLC; PETER T. ) <br> KOFITSAS; FULCO FULFILLMENT, INC.; ) <br> and DOES 1-50, inclusive, ) <br> ) <br>         Defendants. ) <br>_____ ) <br> ) <br> PETER K. FITNESS, LLC, a New Jersey ) <br> Limited Liability Company, ) <br> ) <br>         Third- Party Plaintiff, ) <br>   v. ) <br> ) <br> IDEAL JACOBS CORPORATION, IDEAL ) <br> JACOBS (XIAMEN) CORPORATION, ) <br> ANDREW CONRAD JACOBS, IDEAL ) <br> JACOBS MALAYSIA CORPORATION, ) <br> ) <br>         Third-Party Defendants. ) <br>_____ ) | Case No.: 13-CV-1338-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

        The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for 1/15/2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, January 13, 2014, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was

1

Case No.: 13-CV-1338-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT

filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: 1/9/2014

_____
LUCY H. KOH
United States District Judge