UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA J. ALLPHIN, <br><br> Plaintiff, <br> v. <br><br> PETER K. FITNESS, LLC; PETER T. KOFITSAS; FULCO FULFILLMENT, INC.; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 13-CV-1338-LHK <br><br> ORDER RESCINDING ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| PETER K. FITNESS, LLC, a New Jersey Limited Liability Company, <br><br> Third- Party Plaintiff, <br> v. <br><br> IDEAL JACOBS CORPORATION, IDEAL JACOBS (XIAMEN) CORPORATION, ANDREW CONRAD JACOBS, IDEAL JACOBS MALAYSIA CORPORATION, <br><br> Third-Party Defendants. | |

The Court withdraws its order directing the parties to file a JCMS. The next Case Management Conference will be held on January 29, 2014, at 2:00p.m.

**IT IS SO ORDERED.**

Dated: 1/9/2014                                   _Lucy H. Koh_

1

Case No.: 13-CV-1338-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

LUCY H. KOH  
United States District Judge

Case No.: 13-CV-1338-LHK  
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT