1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SONDRA J ALLPHIN,

          Plaintiff,

     v.

PETER K. FITNESS, LLC, et al.,

          Defendants.

Case No.  13-cv-01338-BLF

**CASE MANAGEMENT ORDER**

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 09/11/2014 |
| Expert Discovery Cut-Off | 11/13/2014 |
| Last Day to Hear Dispositive Motions | 01/15/2015 at 9:00 AM |
| Hearing on Motions in Limine | 03/19/2015 at 2:30 PM |
| Final Pretrial Conference | 03/19/2015 at 2:30 PM |
| Trial | 04/13/2015 at 9:00 AM |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2   are referred to the assigned Magistrate Judge.

3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4   orders, which are available on the Court's website and in the Clerk's Office.

5      IT IS FURTHER ORDERED THAT parties Dispositive Motions are due on or before

6      12/04/2014.

7

8   Dated:  May 09, 2014

9                                                          _____

10                                                         BETH LABSON FREEMAN
                                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28