UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA J ALLPHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER K. FITNESS, LLC, et al.,<br><br>    Defendants. | Case No.  13-cv-01338-BLF<br><br>**ORDER RE: MOTION HEARING ON DECEMBER 11, 2014** |

The parties in the above-captioned case are scheduled to appear for a hearing this Thursday, December 11, 2014, on third-party defendant Ideal Jacobs (Malaysia) Corporation's motion to dismiss for lack of personal jurisdiction. Defendant Fulco Fulfillment, Inc. has, in its opposition to this motion, requested jurisdictional discovery "as necessary to establish the basis for personal jurisdiction." Fulco Opp., ECF 124 at 8.

The Court HEREBY INSTRUCTS the parties to be prepared to discuss Fulco's request for jurisdictional discovery at the upcoming hearing. Fulco is HEREBY ORDERED to provide for the Court at the hearing a discovery plan regarding the scope of jurisdictional discovery, including relevant deadlines, were the Court to permit such discovery.

**IT IS SO ORDERED.**

Dated: December 8, 2014

BETH LABSON FREEMAN
United States District Judge