SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JAMES E. CURRY, Cal. Bar No. 115769
jcurry@sheppardmullin.com
DYLAN J. PRICE, Cal. Bar No. 258896
dprice@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Specially Appearing Third-Party Defendant and Cross-Claim Defendant
IDEAL JACOBS (MALAYSIA) CORPORATION BHD
(erroneously sued as IDEAL JACOBS MALAYSIA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA J. ALLPHIN,<br><br>Plaintiff,<br><br>vs.<br><br>PETER K FITNESS, LLC; PETER T KOFITSAS; FULCO FULFILLMENT, INC.; and DOES 1-50, inclusive,<br><br>Defendants.<br><hr>PETER K FITNESS, LLC, a New Jersey Limited Liability Company,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>IDEAL JACOBS CORPORATION, IDEAL JACOBS (XIAMEN) CORPORATION, ANSWER CONRAD JACOBS, IDEAL JACOBS MALAYSIA CORPORATION<br><br>Third-Party Defendants.<br><hr>FULCO FULFILLMENT, INC., | Case No. CV-13-01338 BLF<br><br>**STIPULATION AND [ORDER] REGARDING JURISDICTIONAL DISCOVERY PLAN** |

| | |
|---|---|
| 1 | Cross-Claimant, |
| 2 | vs. |
| 3 | PETER K FITNESS, LLC; PETER T. KOFITSAS; ANDREW CONRAD JACOBS; IDEAL JACOBS CORPORATION; IDEAL JACOBS (XIAMEN) CORPORATION; IDEAL JACOBS (MALAYSIA) CORPORATION, |
| 4 | |
| 5 | |
| 6 | Cross-Claim Defendants. |

WHEREAS, the parties were Ordered by the Court on December 11, 2014 as follows:

Fulco and Peter K. Fitness's requests to engage in jurisdictional discovery are GRANTED. The parties shall meet and confer with IJ Malaysia to outline a jurisdictional discovery plan.3 A stipulation regarding this discovery plan shall be due to the Court no later than December 18, 2014, and the discovery schedule should be expedited in light of the upcoming April 2015 trial in this case.

Footnote 3 Any and all discovery disputes with regard to jurisdictional discovery should be brought to this Court, and not the referred Magistrate Judge, in the form of a letter brief not to exceed three pages.

WHEREAS, the parties met and conferred on December 15, 2014. PETER K FITNESS, LLC ("PK Fitness") and FULCO FULFILLMENT, INC. ("Fulco") propounded requests for production and interrogatories on December 16, 2014, and the parties met and conferred again on December 17, 2014. IDEAL JACOBS (MALAYSIA) CORPORATION BHD (erroneously sued as IDEAL JACOBS MALAYSIA CORPORATION) ("Ideal Malaysia") has agreed to respond to the requests for production by December 22, 2014, and the interrogatories by December 23, 2014. Ideal Malaysia has offered to allow the deposition of Ideal Malaysia Executive Director, Finance and Chief Financial Officer Sy Chen. Fulco and PK Fitness have expressed a desire to depose Ben Ming, who Fulco and PK Fitness contend is listed as the Managing Director of Ideal Malaysia on the website and other publications. Ideal Malaysia contends that in fact Ben Ming is not an employee of Ideal Malaysia, and that Mr. Chen is the most senior officer and employee of Ideal Malaysia.

Fulco and PK Fitness have expressed an intent to take a second deposition of Andrew Jacobs, identified as Chairman of the Board of Ideal Malaysia and serve additional written discovery as well. Ideal Jacobs Corporation ("Ideal Jacobs US") has objected to any further discovery requests or a second deposition of Andrew Jacobs. Fulco and PK Fitness dispute this..

The parties intend, consistent with the Court's Order, to attempt to come to agreement on as many issues as possible, and only if necessary, bring the remaining disputes to this Court.

THE PARTIES HERETO STIPULATE THAT:

Ideal Malaysia will provide written responses to the requests for production by December 22, 2014, and to the interrogatories by December 23, 2014, and produce documents by December 29, 2014.

IT IS SO ORDERED.

Dated: December __, 2014

_____
The Honorable Beth Labson Freeman

Dated: December __. 2014

SHEPPARD. MULLIN. RICHTER & HAMPTON LLP

By  /s/ James E. Curry
JAMES E. CURRY
DYLAN J. PRICE
Attorneys for Third-Party Defendant
and Cross-Claim Defendant
IDEAL JACOBS (MALAYSIA)
CORPORATION BHD (erroneously sued as
IDEAL JACOBS MALAYSIA CORPORATION)

```
 1 | Dated: December 18, 2014
 2 |                              STONE & ASSOCIATES
 3 |
 4 |                              By   /s/ Juliet MacMillin Tompa
                                      JULIET MACMILLIN TOMPA
 5 |                                   COLLETTE E. STONE
                                      Attorneys for Defendant,
 6 |                                   Cross-Claimant, Third Party Plaintiff
                                      PETER K FITNESS, LLC; and Defendant
 7 |                                   PETER T. KOFITSAS
 8 | Dated: December ___, 2014
 9 |                              LeClairRyan, LLP
10 |
11 |                              By          /s/ Michael Waughtel
                                      MICHAEL WAUGHTEL
12 |                                   CHARLES HORN
                                      Attorneys for Defendant, Cross-Claim Defendant,
13 |                                   Cross-Claimant
                                      FULCO FULFILLMENT, INC.
14 | Dated: December ___, 2014
15 |                              ERICKSEN ARBUTHNOT, et al.
16 |
17 |                              By         /s/ Sharon Lynn Hightower
                                      SHARON LYNN HIGHTOWER
18 |                                   Attorneys for Third-Party Defendant
                                      IDEAL JACOBS CORPORATION
```

| | |
|---|---|
| 1 | Dated: December __, 2014 |
| 2 | STONE & ASSOCIATES |
| 3 | |
| 4 | By _/s/ Juliet MacMillin Lompa_<br>JULIET MACMILLIN LOMPA |
| 5 | COLLETTE F. STONE<br>Attorneys for Defendant, |
| 6 | Cross-Claimant, Third Party Plaintiff<br>PETER K FITNESS, LLC; and Defendant |
| 7 | PETER T. KOFITSAS |
| 8 | Dated: December 18, 2014 |
| 9 | LeClairRyan, LLP |
| 10 | |
| 11 | By _[signature: Michael Waughtel]_<br>MICHAEL WAUGHTEL |
| 12 | CHARLES HORN<br>Attorneys for Defendant, Cross-Claim Defendant, |
| 13 | Cross-Claimant<br>FULCO FULFILLMENT, INC. |
| 14 | Dated: December __, 2014 |
| 15 | ERICKSEN ARBUTHNOT, et al. |
| 16 | |
| 17 | By _/s/ Sharon Lynn Hightower_<br>SHARON LYNN HIGHTOWER |
| 18 | Attorneys for Third-Party Defendant<br>IDEAL JACOBS CORPORATION |

| | |
|---|---|
| 1 | Dated: December ., 2014 |
| 2 | STONE & ASSOCIATES |
| 3 | |
| 4 | By  /s/ Juliet MacMillin Lompa<br>JULIET MACMILLIN LOMPA<br>COLLETTE F. STONE<br>Attorneys for Defendant,<br>Cross-Claimant, Third Party Plaintiff<br>PETER K FITNESS, LLC; and Defendant<br>PETER T. KOFITSAS |
| 8 | Dated: December ., 2014 |
| 9 | LeClairRyan, LLP |
| 10 | |
| 11 | By  /s/ Michael Waughtel<br>MICHAEL WAUGHTEL<br>CHARLES HORN<br>Attorneys for Defendant, Cross-Claim Defendant,<br>Cross-Claimant<br>FULCO FULFILLMENT, INC. |
| 14 | Dated: December 18, 2014 |
| 15 | ERICKSEN ARBUTHNOT, et al. |
| 16 | By  /s/ Sharon Lynn Hightower<br>SHARON LYNN HIGHTOWER<br>Attorneys for Third-Party Defendant<br>IDEAL JACOBS CORPORATION |