1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   JAMES E. CURRY, Cal. Bar No. 115769
3  jcurry@sheppardmullin.com
   DYLAN J. PRICE, Cal. Bar No. 258896
4  dprice@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6055
   Telephone:   310.228.3700
6  Facsimile:   310.228.3701

7  Attorneys for Specially Appearing Third-Party Defendant and Cross-Claim Defendant
   IDEAL JACOBS (MALAYSIA) CORPORATION BHD
8  (erroneously sued as IDEAL JACOBS MALAYSIA CORPORATION)

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  SONDRA J. ALLPHIN,                    Case No. CV-13-01338 BLF

13              Plaintiff,                **STIPULATION AND [PROPOSED ORDER]
                                          REGARDING JURISDICTIONAL
14      vs.                               DISCOVERY PLAN**

15  PETER K FITNESS, LLC; PETER T
    KOFITSAS; FULCO FULFILLMENT,
16  INC.; and DOES 1-50, inclusive,

17              Defendants.

18  _____

19  PETER K FITNESS, LLC, a New Jersey
    Limited Liability Company,
20
                Third-Party Plaintiff
21
        vs.
22
    IDEAL JACOBS CORPORATION, IDEAL
23  JACOBS (XIAMEN) CORPORATION,
    ANSWER CONRAD JACOBS, IDEAL
24  JACOBS MALAYSIA CORPORATION

25              Third-Party Defendants.

26  _____

27  FULCO FULFILLMENT, INC.,

28

---
SMRH:435608351.1          **STIPULATION AND [PROPOSED] REGARDING JURISDICTIONAL DISCOVERY PLAN**

1                    Cross-Claimant,

2   vs.

3   PETER K FITNESS, LLC; PETER T.
    KOFITSAS; ANDREW CONRAD
4   JACOBS; IDEAL JACOBS
    CORPORATION; IDEAL JACOBS
5   (XIAMEN) CORPORATION; IDEAL
    JACOBS (MALAYSIA) CORPORATION,
6
                    Cross-Claim Defendants.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

         STIPULATION AND [PROPOSED] ORDER REGARDING JURISDICTIONAL DISCOVERY PLAN

WHEREAS, the parties were Ordered by the Court on December 11, 2014 as follows:

Fulco and Peter K. Fitness's requests to engage in jurisdictional discovery are GRANTED. The parties shall meet and confer with IJ Malaysia to outline a jurisdictional discovery plan.3 A stipulation regarding this discovery plan shall be due to the Court no later than December 18, 2014, and the discovery schedule should be expedited in light of the upcoming April 2015 trial in this case.

Footnote 3 Any and all discovery disputes with regard to jurisdictional discovery should be brought to this Court, and not the referred Magistrate Judge, in the form of a letter brief not to exceed three pages.

WHEREAS, the parties met and conferred on December 15, 2014.  PETER K FITNESS, LLC ("PK Fitness") and FULCO FULFILLMENT, INC. ("Fulco") propounded requests for production and interrogatories on December 16, 2014, and the parties met and conferred again on December 17, 2014.  IDEAL JACOBS (MALAYSIA) CORPORATION BHD (erroneously sued as IDEAL JACOBS MALAYSIA CORPORATION) ("Ideal Malaysia") has agreed to respond to the requests for production by December 22, 2014, and the interrogatories by December 23, 2014.  Ideal Malaysia has offered to allow the deposition of Ideal Malaysia Executive Director, Finance and Chief Financial Officer Sy Chen.  Fulco and PK Fitness have expressed a desire to depose Ben Ming, who Fulco and PK Fitness contend is listed as the Managing Director of Ideal Malaysia on the website and other publications.  Ideal Malaysia contends that in fact Ben Ming is not an employee of Ideal Malaysia, and that Mr. Chen is the most senior officer and employee of Ideal Malaysia.

1      Fulco and PK Fitness have expressed an intent to take a second deposition of

2 Andrew Jacobs, identified as Chairman of the Board of Ideal Malaysia and serve additional

3 written discovery as well.  Ideal Jacobs Corporation ("Ideal Jacobs US") has objected to

4 any further discovery requests or a second deposition of Andrew Jacobs.   Fulco and PK

5 Fitness dispute this..

6      The parties intend, consistent with the Court's Order, to attempt to come to

7 agreement on as many issues as possible, and only if necessary, bring the remaining

8 disputes to this Court.

9

10      THE PARTIES HERETO STIPULATE THAT:

11      Ideal Malaysia will provide written responses to the requests for production by

12      December 22, 2014, and to the interrogatories by December 23, 2014, and produce

13      documents by December 29, 2014.

14

15      IT IS SO ORDERED.

16

17 Dated: December 18, 2014                                                 

18                                       The Honorable Beth Labson Freeman

19 Dated: December   . 2014

20                       SHEPPARD. MULLIN. RICHTER & HAMPTON LLP

21

22           By                      /s/ James E. Curry

23                          JAMES E. CURRY

24                          DYLAN J. PRICE
                              Attorneys for Third-Party Defendant

25                       and Cross-Claim Defendant
                             IDEAL JACOBS (MALAYSIA)

26                       CORPORATION BHD (erroneously sued as
                      IDEAL JACOBS MALAYSIA CORPORATION)

27

28

Dated:  December 18, 2014

STONE & ASSOCIATES

By _____
JULIET MACMILLIN TOMPA
COLLETTE E. STONE
Attorneys for Defendant,
Cross-Claimant, Third Party Plaintiff
PETER K FITNESS, LLC; and Defendant
PETER T KOHTSAS

Dated:  December    , 2014

LeClairRyan, LLP

By _____
/s/ Michael Waughtel
MICHAEL WAUGHTEL
CHARLES HORN
Attorneys for Defendant, Cross-Claim Defendant,
Cross-Claimant
FULCO FULFILLMENT, INC.

Dated:  December    , 2014

ERICKSEN ARBUTHNOT, et al.

By _____
/s/ Sharon Lynn Hightower
SHARON LYNN HIGHTOWER
Attorneys for Third-Party Defendant
IDEAL JACOBS CORPORATION

1 Dated: December     , 2014

2                                     STONE & ASSOCIATES

3
                                      By        s/ Juliet MacMillin Lompa
4                                               JULIET MACMILLIN LOMPA
                                                COLLETTE F. STONE
5                                               Attorneys for Defendant,
                                      Cross-Claimant, Third Party Plaintiff
6                                     PETER K FITNESS, LLC; and Defendant
                                                PETER T. KOFITSAS
7

8 Dated: December 18, 2014

9                                     LeClairRyan, LLP

10
                                      By        [signature]
11                                              MICHAEL WAUGHTEL
                                                CHARLES HORN
12                                    Attorneys for Defendant, Cross-Claim Defendant,
                                                Cross-Claimant
13                                              FULCO FULFILLMENT, INC.

14 Dated: December     , 2014

15                                    ERICKSEN ARBUTHNOT, et al.

16
                                      By        s/ Sharon Lynn Hightower
17                                              SHARON LYNN HIGHTOWER
                                      Attorneys for Third-Party Defendant
18                                              IDEAL JACOBS CORPORATION

19

20

21

22

23

24

25

26

27

28

SMRH:435608351.1      **STIPULATION AND [ORDER] REGARDING JURISDICTIONAL DISCOVERY PLAN**

1    Dated:  December      . 2014

2                                    STONE & ASSOCIATES

3                                    By          /s/ Juliet MacMillin Lompa
                                                JULIET MACMILLIN LOMPA
4                                               COLLETTE F. STONE
                                                Attorneys for Defendant,
5                                         Cross-Claimant, Third Party Plaintiff
                                         PETER K FITNESS, LLC; and Defendant
6                                               PETER T. KOFITSAS

7

8    Dated:  December      . 2014

9                                    LeClairRyan. LLP

10

11                                   By          /s/ Michael Waughtel
                                                MICHAEL WAUGHTEL
12                                              CHARLES HORN
                                      Attorneys for Defendant, Cross-Claim Defendant,
13                                              Cross-Claimant
                                         FULCO FULFILLMENT. INC.

14   Dated:  December 18. 2014

15                                   ERICKSEN ARBUTHNOT. et al.

16                                   By          /s/ Sharon Lynn Hightower
17                                              SHARON LYNN HIGHTOWER
                                      Attorneys for Third-Party Defendant
18                                       IDEAL JACOBS CORPORATION

19

20

21

22

23

24

25

26

27

28

                                        -3-