UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA J ALLPHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>PETER K. FITNESS, LLC, et al.,<br><br>  Defendants. | Case No.   13-cv-01338-BLF<br><br>**ORDER GRANTING MOTION TO REMOVE IMPROPERLY FILED DOCUMENTS**<br><br>[ECF 157] |

Before the Court is a stipulated request to remove from the docket six exhibits to the Declaration of Juliet M. Lompa, ECF 152 Exhibits 1, 2, 3, 6, 7, and 9, filed in support of defendants' opposition to plaintiff's motion for summary judgment. The parties state that these documents contain confidential and sensitive information regarding the Plaintiff's medical and work history, as well as sensitive information about the Plaintiff's family members. ECF 157 at 1.

Pursuant to this Court's rules, a document that is filed incorrectly and which includes the "unintended disclosure of confidential information" can be removed from the docket. *See* http://www.cand.uscourts.gov/ecf/correctingmistake. As is the Court's practice, the clerk has locked Docket Entry 152 pending a determination as to whether the documents should be sealed.

Defendants are HEREBY ORDERED to file a motion to file these documents under seal no later than January 9, 2015. Plaintiff shall have until January 13, 2015 to oppose this sealing request. If the Court grants the Defendants' sealing request, these six exhibits shall remain sealed.

**IT IS SO ORDERED.**

Dated: January 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge